Under advisement September 4, petition for review allowed; decision of Court of Appeals, *State v. Dalby*, 244 Or App 329, 258 P3d 1292 (2011), reversed; *State v. Rainoldi*, 351 Or 486, 268 P3d 568 (2011), judgment of Circuit Court affirmed October 17, 2013

STATE OF OREGON,
*Petitioner on Review,*

*v.*

JUSTIN DEWAIN DALBY,
*Respondent on Review.*

(CC 090748295; CA A143586; SC S059743)

312 P3d 532

Tiffany Keast, Assistant Attorney General, filed the petition for Petitioner on Review.

No appearance contra.

Before Balmer, Chief Justice, and Kistler, Walters, Linder, Landau and Baldwin, Justices.**

PER CURIAM

_____

** Brewer, J., did not participate in the consideration or decision of this case.

**PER CURIAM**

The petition for review is allowed. The decision of the Court of Appeals, *State v. Dalby*, 244 Or App 329, 258 P3d 1292 (2011), is reversed. *State v. Rainoldi*, 351 Or 486, 268 P3d 568 (2011). The judgment of the circuit court is affirmed.

The decision of the Court of Appeals is reversed and the judgment of the circuit court is affirmed.